**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-02946-LTB

MATTHEW A. SMITH,

      Plaintiff,

v.

COLORADO DEPARTMENT OF LABOR AND EMPLOYMENT,

      Defendant.

---

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

      Plaintiff's Motion for Joinder of Party and to Admit Evidence (ECF No. 18) is DENIED because the instant action is closed.

Dated:  September 4, 2014