**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-02946-LTB

MATTHEW A. SMITH,

    Plaintiff,

v.

COLORADO DEPARTMENT OF LABOR AND EMPLOYMENT,

    Defendant.

**MINUTE ORDER**

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

    Plaintiff's Motion for Joinder of Party and to Admit Evidence (ECF No. 20) is DENIED because the instant action is closed.

Dated:  September 17, 2014